**No. 51765.**—Protest 49026–K of J. Ossolà Co., Inc. (New York).

Opinion by CLINE, J. It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to the Provolone cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon

to compensate for the weight of the inedible coverings on the outside of the cheese. The protest was sustained to this extent.